# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    TOYA MICHELLE MCDOWELL    §    Case No.: 10-29075
          §
          §
          §
          §
          Debtor(s)    §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2010.

2) This case was confirmed on 08/26/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2011.

5) The case was converted on 10/18/2011.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 17

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,448.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,080.00 |
| Less amount refunded to debtor | $ 120.00 |
| **NET RECEIPTS** | $ 3,960.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,851.54 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 199.25 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,050.79 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| METROSOUTH MEDICAL C | UNSECURED | 39.00 | 39.40 | 39.40 | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 1,942.00 | 2,305.82 | 1,942.00 | 825.30 | 83.91 |
| RJM AQUISITIONS FUND | UNSECURED | 86.00 | 86.92 | 86.92 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,578.00 | 1,578.21 | 1,578.21 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | .00 | 363.82 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,430.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 514.00 | 514.45 | 514.45 | .00 | .00 |
| ATG CREDIT LLC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS BO | OTHER | .00 | NA | NA | .00 | .00 |
| BLUE ISLAND RADIOLOG | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CAINE & WEINER | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| CARDINAL FITNESS | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| CARDINAL FITNESS | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| CHEETAH GYM EDGEWATE | UNSECURED | 618.00 | NA | NA | .00 | .00 |
| COLLECT AMERICA | UNSECURED | 709.00 | 627.09 | 627.09 | .00 | .00 |
| COMCAST | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 627.00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 1,352.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT | UNSECURED | 1,840.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| DOCTORS GENERAL LAB | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EVERGREEN FINANCE | UNSECURED | 4,218.00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FASHION BUG | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| GALILEE MEDICAL CENT | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| GENEVA DIAGNOSTICS | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| H & R BLOCK | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 840.00 | NA | NA | .00 | .00 |
| IL BONE & JOINT INST | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| KENWOOD ACADEMY | UNSECURED | 465.00 | NA | NA | .00 | .00 |
| LA BOXING | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| LOU HARRIS & CO | UNSECURED | 1,149.00 | NA | NA | .00 | .00 |
| MEDCLR | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| METROSOUTH MEDICAL C | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| MRI LINCOLN IMAGING | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| NCO-MEDCLR | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| NCO-MEDCLR | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| NORTH BROADWAY DENTA | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| NRI LABRATORIES | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| NRI | OTHER | .00 | NA | NA | .00 | .00 |
| ORANGE LAKE COUNTRY | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| PARC | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| PIERCE PEDIATRIC ASS | UNSECURED | 348.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| RCN COMMUNICATIONS | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| RICHARD I KAUFMAN DD | UNSECURED | 33.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| TELECHECK | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| THE HABITAT CO | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRUMAN COLLEGE | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 1,709.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,157.00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| WEISS MEMORIAL HOSPI | UNSECURED | 3,753.00 | NA | NA | .00 | .00 |
| WEISS MEMORIAL HOSPI | OTHER | .00 | NA | NA | .00 | .00 |
| WEISS MEMORIAL HOSPI | OTHER | .00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| WOW INTERNET CABLE S | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 76.32 | 76.32 | .00 | .00 |
| CRESCENT RECOVERY LL | UNSECURED | NA | 6,764.36 | 6,764.36 | .00 | .00 |
| CA MEDICAL LLC/CAPIO | UNSECURED | NA | 566.15 | 566.15 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,942.00 | 825.30 | 83.91 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,942.00 | 825.30 | 83.91 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 10,616.72 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,050.79 |
| Disbursements to Creditors | $ | 909.21 |
| **TOTAL DISBURSEMENTS:** | $ | 3,960.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/17/2011                        /s/ Tom Vaughn
                                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**